UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, | ) |
| Secretary of Labor, | ) |
| United States Department of Labor, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:21CV1176 HEA |
| | ) |
| AT HOME CARE ST. LOUIS, LLC, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On March 2, 2022, the Court granted attorney Jonathan Savage's Motion to Withdraw as Counsel for Corporate Defendants, At Home Care St. Louis, LLC and At Home Care St. Louis CDS, LLC, and Individual Defendant Carlita Vasser.

Corporate Defendants, At Home Care St. Louis, LLC and At Home Care St. Louis CDS, LLC, shall obtain new counsel within fourteen (14) days from the date of this order.[1] The Court previously ordered a Joint Scheduling Plan due by March

---

[1] A corporation may appear only through an attorney licensed or admitted to practice here by this Court. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel."); 19 Am. Jur. 2d Corporations § 1874 (citing *Osborn v. Bank of U.S.*, 22 U.S. 738, 830 (1824).

9, 2022, and a Rule 16 Conference set for March 16, 2022, which will be vacated for Corporate Defendants to obtain counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants At Home Care St. Louis, LLC and At Home Care St. Louis CDS, LLC, shall obtain new counsel within fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that the March 9, 2022, deadline for the Joint Scheduling Plan is vacated.

**IT IS FURTHER ORDERED** that the Rule 16 Conference set for March 16, 2022, is vacated.

Dated this 9th day of March, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE